# Court of Appeals
# of the State of Georgia

ATLANTA,  September 29, 2014

*The Court of Appeals hereby passes the following order:*

**A15D0028.  RODNEY TERRENCE THOMAS v. THE STATE.**

Rodney Terrence Thomas filed this application for discretionary appeal on September 2, 2014.[1]  He appears to be seeking review of his May 25, 2011, conviction for violating the sex offender registration requirements. We lack jurisdiction because the application is untimely.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  See OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Here, Thomas filed his application more than three years after entry of the order he seeks to appeal.  Therefore, his application is untimely, and it is hereby DISMISSED for lack of jurisdiction.

---

[1]  Thomas initially filed an application in the Supreme Court on January 9, 2014.  The Supreme Court transferred the case here, but we could not accept the application for filing because it did not include a proper certificate of service.  Thomas re-filed his application on September 2, 2014.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/29/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ , *Clerk.*